**Dated: August 05, 2013**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

IN RE:        EMMITT PASCAL BOWENS,
                                DEBTOR
                                                      CASE NO.: 11-23088
                                                      CHAPTER 7

ALLY FINANCIAL, INC. f/k/a GMAC                              PLAINTIFF
VS
                                      ADVERSARY PROCEEDING NO.   11-00266
EMMITT PASCAL BOWENS                                         DEFENDANT

ORDER ADJUDICATING ADVERSARY PROCEEDING

THIS MATTER came before the Court upon the Complaint filed by Ally Financial, Inc. *f/k/a* GMAC (Ally) objecting to discharge of the Debtor in this cause pursuant to the provisions of 11 U.S.C. §727(a)(2) and 11 U.S.C. §727(a)(5). The court after having convened said hearing and taken evidence has rendered its oral findings of fact and conclusions of law and pursuant to those oral findings and conclusions has determined that the discharge of the Debtor, Emmitt Pascal Bowens *a/k/a* Emmitt Bowen, should be denied.

IT IS THEREFORE ORDERED that the discharge of Emmitt Pascal Bowen shall be and the same is hereby denied and he is prohibited from attempting to discharge any debts listed in his bankruptcy schedules in this case in any future proceedings which may be filed seeking relief under the Bankruptcy Act.

Prepared and submitted by:

/s/  Joseph C. Gibbs
     Joseph C. Gibbs
Attorney for Ally Financial, Inc.