## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

In re

Emmitt Pascal Bowens , xxx–xx–9262
aka     Emmitt Pascal Bowen

Debtor*

Bankruptcy Case No.  11–23088
Chapter  7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been fully administered.

**IT IS ORDERED THAT:**

☑ Bettye Sue Bedwell is discharged as trustee of the estate of the above–named debtor and the bond is cancelled.

☑ the chapter 7 case of the above named debtor is closed; and

☐ other provisions as needed

cc: Trustee:  Bettye Sue Bedwell
    Attorney:  Charles E. Rich

Date:   April 29, 2014

*George W Emerson Jr*

**United States Bankruptcy Judge**

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.

**[fd7]** [Final Decree – 02/10/2002]